UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES WEATHERED,

    Plaintiff,

    v.

CEDAR GROVE COMPOSTING,

    Defendant.

Case No. C05-0419L

ORDER OF DISMISSAL

On August 17, 2005, this Court issued an order directing Plaintiff to show cause why this matter should not be dismissed for failure to serve the summons and complaint as required by Fed. R. Civ. P. 4(m) on defendant Cedar Grove Composting (Dkt. #12). Plaintiff was required to file his response within ten days of the date of the order.

Plaintiff has not responded to the Court's order to show cause, and he has not cured or explained his failure to serve defendant.

The Court therefore DISMISSES this action WITHOUT PREJUDICE. The Clerk of the Court is directed to enter judgment accordingly.

DATED this 8th day of September, 2005.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL